■ In the Matter of KAREN T. ELY, Petitioner, v R. KIRK-PATRICK, as Superintendent of Albion Correctional Facility, et al., Respondents. [812 NYS2d 920]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme

Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered November 30, 2005) to review a determination of respondents. The determination found after a Tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present— Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.